Kenneth F. AHOLT,
Petitioner/Respondent,

v.

Patricia A. AHOLT, n/k/a Patricia A. Bourne, Respondent/Appellant.

No. 53943.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 2, 1988.

Frederick H. Schwetye, Union, for respondent/appellant.

H. William Brown, Kirkwood, for petitioner/respondent.

ORDER

PER CURIAM.

This is an appeal from the trial court's judgment in a motion to modify a decree in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).